**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00653-CV

### DEBORAH HUMPHREY, Appellant

### V.

### DAVID YANCEY AND NATIONWIDE SLATE, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07257**

## ORDER

We **GRANT** appellee Nationwide's November 13, 2015 second motion for extension to

file brief and **ORDER** the brief be filed no later than November 20, 2015.


/s/     CRAIG STODDART
JUSTICE